**Order filed, November 14, 2013.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-13-00985-CV**

———————

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellant**

**V.**

**BRIAN EDWARD FRANKLIN, Appellee**

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71288**

## ORDER

The reporter's record in this case was due **November 08, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jill Friedrichs**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM